# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| v. | ) Case No. 2:06-cr-11-JDL |
| ROBERT J. PEDREIRA, SR., | ) |
| Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 66) with the court on November 22, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired December 6, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**. The Defendant's Motion to Modify Restitution (ECF No. 63) is **DENIED**.

**SO ORDERED.**

Dated: December 20, 2017

                                                   /s/ Jon D. Levy
                                                   U.S. DISTRICT JUDGE